[Nos. 62279-0-I; 63620-1-I. Division One. February 22, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY MARSHALL PETERS, *Appellant*.

*In the Matter of the Personal Restraint of* BRADLEY MARSHALL PETERS, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09393-1, George T. Mattson, J., entered June 20, 2008, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Cox, J.

[No. 62799-6-I. Division One. February 22, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC WILLIAM COCKETT, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated March 14, 2011. Substitute opinion filed. See 160 Wn. App. 1028.

[No. 62971-9-I. Division One. February 22, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. NICOLAI GOLODIUC, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00948-0, Jeffrey M. Ramsdell, J., entered February 2, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Ellington, J.